UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABACUS GUARDIANSHIP, INC., Full Guardian of the Person and Estate of MELVIN F. DANIEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | No. 2:21-cv-00921-JLR<br><br>ORDER FOR RELEASE OF APS RECORDS |

THIS MATTER came on before the undersigned Judge of the above-entitled court on the parties' motion for release of Adult Protective Services (APS) records concerning Robert William Crawford, West Seattle AFH, and Marathon Funding Services. The court having considered the motion, and having found discovery of the requested APS file, pursuant to RCW 74.34.095(3) to be: 1. Essential to the administration of justice and necessary for the parties to proceed in the above-referenced lawsuit and 2. That release of the information will not endanger the life or safety of the vulnerable adult or the individual making a report to the Department of Social and Health Services (DSHS) now, therefore,

　　IT IS HEREBY ORDERED AS FOLLOWS:

　　1.　　Adult Protective Services shall provide a copy of the entire APS file to Abacus Guardianship, Inc., within a reasonable time, *provided* that APS shall not be required to

ORDER FOR RELEASE OF APS RECORDS - 1 of 3

**DES MOINES ELDER LAW**
612 S. 227TH ST.
DES MOINES, WA  98198

206-212-0220

release the identities of persons making reports and shall have the right to reserve other privileged or confidential information as it deems appropriate to protect the alleged incapacitated person. RCW 42.56.640. APS shall have the option of redacting identifying information of persons other than the protected person, who are named in the record, pending notification that release of the record has been ordered by a court or consented to by the named witnesses, residents, patients, clients, or complaints, pursuant to RCW 74.34.095 and RCW 43.190.110.

2. The APS documents released to the above-named parties shall be used only in the above-referenced proceeding. It shall be the responsibility of the requesting party, and not APS, to provide discovery to any other required parties.

3. The parties will destroy all medical records produced by APS containing protected health information and mental health treatment records at the conclusion of the above-referenced legal matter.

DONE IN OPEN COURT this 4th day of March, 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Agreed to; Notice of Presentation Waived:
**DES MOINES ELDER LAW**

By /s  *Ermin Ciric*_____
Ermin Ciric, WSBA No. 52611
612 South 227th Street
Des Moines, WA 98198
Phone: (206) 212-0220
E-mail: ermin@rm-law.com

ORDER FOR RELEASE OF APS RECORDS - 2 of 3

**DES MOINES ELDER LAW**
612 S. 227TH ST.
DES MOINES, WA  98198
_____
206-212-0220

Agreed to; Notice of Presentation Waived:
**CONNELLY LAW OFFICES, PLLC**


By   /s Micah R. LeBank
Micah R. LeBank, WSBA No. 38047
2301 North 30th Street
Tacoma, WA 98403
Phone: (253) 593-5100
E-mail: mlebank@connelly-law.com


Agreed to; Notice of Presentation Waived:
NICHOLAS W. BROWN
United States Attorney


/s/ Whitney Passmore
WHITNEY PASSMORE, FL No. 91922


/s/ Erin K. Hoar
ERIN K. HOAR, CA No. 311332
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: whitney.passmore@usdoj.gov
Email: erin.hoar@usdoj.gov
Attorneys for Defendant


Agreed to; Notice of Presentation Waived:




_____
COURTNEY LYON, WSBA No.
Attorney for DSHS/APS

ORDER FOR RELEASE OF APS RECORDS - 3 of 3

**DES MOINES ELDER LAW**
612 S. 227TH ST.
DES MOINES, WA  98198

206-212-0220