HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABACUS GUARDIANSHIP, INC., Full Guardian of the Person and Estate of MELVIN F. DANIEL,<br><br>  Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. 2:21-cv-00921-JLR<br><br>**STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:  2/9/2023** |

**I.     FRCP 15(a) Stipulated to File Second Amended Complaint**

The parties stipulate to Plaintiff filing the attached Second Amended Complaint. This stipulation is submitted pursuant to Fed. Rule Civ. P. ("FRCP") 15(a) which provides: "a party may amend the party's pleading only by leave of court or by written consent of the adverse part."

1. On November 20, 2022, Melvin F. Daniel died.

2. On January 24, 2023, Sam Maleski was appointed as Personal Representative of the Estate of Melvin Daniel.

STIPULATION AND ORDER TO
FILE SECOND AMEND COMPLAINT - 1 of 3

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1    The Plaintiff is hereby substituting Sam Maleski of Abacus Guardianship Services as

2    the Plaintiff in this action on behalf of the Estate of Melvin F. Daniel.  All other claims against

3    the USA remain the same.

4    DATED this 9th day of February, 2023.

5    CONNELLY LAW OFFICES, PLLC

6

7    By____/s Micah R. LeBank_____
     Micah R. LeBank, WSBA No. 38047
     *Attorneys for Plaintiff*
8    2301 North 30th Street
     Tacoma, WA 98403
9    (253) 593 5100 Fax (253) 593 5100

10

     DES MOINES ELDER LAW
11

12   By /s *Ermin Ciric*_____
     Ermin Ciric, WSBA No. 52611
13   612 South 227th Street
     Des Moines, WA 98198
14   Phone: (206) 212-0220
     E-mail: ermin@rm-law.com

15

16   NICHOLAS W. BROWN
     United States Attorney
17
     By s/Whitney Passmore_____
18   WHITNEY PASSMORE, FL. No. 91922

19   By s/Erin K. Hoar_____
     ERIN K. HOAR, CA NO. 311332
20   Assistant United States Attorneys
     United States Attorney's Office
21   700 Stewart Street, Suite 5220
     Seattle, WA 98101-1271
22   Phone: 206-553-7970
     E-Mail: whitney.passmore@usdoj.gov
23   E-Mail: erin.hoar@usdoj.gov

STIPULATION AND ORDER TO
FILE SECOND AMEND COMPLAINT - 2 of 3

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

## II.     ORDER

Based on the foregoing Stipulation of the parties and pursuant to LCR 15(a), Plaintiff is hereby granted leave to file the attached Second Amended Complaint.

IT IS SO ORDERED.

Done in open court this 10th day of February, 2023.

_____
HONORABLE JAMES L. ROBART

Presented by:

CONNELLY LAW OFFICES, PLLC

By  */s Micah R. LeBank*_____
    Micah R. LeBank, WSBA No. 38047
    Jackson R. Pahlke, WSBA No. 52812
    *Attorneys for Plaintiff*
    2301 North 30th Street
    Tacoma, WA 98403
    (253) 593 5100 Fax (253) 593 5100

DES MOINES ELDER LAW

By  /s  *Ermin Ciric*_____
    Ermin Ciric, WSBA No. 52611
    612 South 227th Street
    Des Moines, WA 98198
    Phone: (206) 212-0220
    E-mail: ermin@rm-law.com

STIPULATION AND ORDER TO
FILE SECOND AMEND COMPLAINT - 3 of 3

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax