HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAM MALESKI of ABACUS GUARDIANSHIP, INC., as Personal Representative of the Estate of MELVIN F. DANIEL, and on behalf of the beneficiaries of the Estate,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:21-cv-00921-JLR<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: 3/7/2023** |

**STIPULATION**

For good cause shown and pursuant to Federal and Local Rule of Civil Procedure 16(b), Plaintiff Sam Maleski of Abacus Guardianship Service as Personal Representative of the Estate of Melvin F. Daniel and Defendant United States of America ("USA"), respectfully and jointly move the Court for entry of an order adjusting the pre-trial deadline for disclosing expert testimony by 45-days.

For good cause shown and with the Court's consent, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(5). The "good cause"

Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

standard primarily considers the diligence of the party seeking the amendment: the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *See, e.g., Johnson*, 975 F.2d at 609 (internal citation omitted).

Counsel for the parties have been working cooperatively in discovery, have conferred, and agree that good cause exists to modify the case schedules, as set forth below:

1. On November 20, 2022, Melvin F. Daniel died.
2. On January 24, 2023, Sam Maleski was appointed as Personal Representative of the Estate of Melvin Daniel.
3. On February 10, 2023, the Plaintiffs filed a Second Amended Complaint substituting the Sam Maleski as Personal Representative of the Estate of Melvin Daniel.  Dkt. 26.
4. The current deadline for disclosing expert testimony under FRCP 26(a)(2) is April 19, 2023.  Dkt. 10.
5. Depositions of representatives of the United States have been scheduled for April 7, 2023.
6. The parties need time for experts to review these depositions in order to finalize their reports in this matter.
7. The parties have scheduled a mediation with WAMS Mediator Tom Merrick for April 14, 2023.
8. The parties hereby agree to continue the expert disclosure deadline to June 5, 2023.

STIPULATION - 2 of 4

**Connelly Law Offices, pllc**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1       DATED this 7th day of March, 2023.

2   CONNELLY LAW OFFICES, PLLC

3

4   By_____/s Micah R. LeBank_____
       Micah R. LeBank, WSBA No. 38047
       *Attorneys for Plaintiff*
5      2301 North 30th Street
       Tacoma, WA 98403
6      (253) 593 5100 Fax (253) 593 5100

7

8   DES MOINES ELDER LAW

9   By__/s_Ermin Ciric_____
       Ermin Ciric, WSBA No. 52611
10     612 South 227th Street
       Des Moines, WA 98198
11     Phone: (206) 212-0220
       E-mail: ermin@rm-law.com

12

13  NICHOLAS W. BROWN
    United States Attorney

14
    By s/Whitney Passmore_____
15  WHITNEY PASSMORE, FL. No. 91922

16  By s/Erin K. Hoar_____
    ERIN K. HOAR, CA NO. 311332
17  Assistant United States Attorneys
    United States Attorney's Office
18  700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271
19  Phone: 206-553-7970
    E-Mail: whitney.passmore@usdoj.gov
20  E-Mail: erin.hoar@usdoj.gov

21

22

23

STIPULATION - 3 of 4

## II. ORDER

Based on the foregoing Stipulation of the parties the expert disclosure deadline is hereby continued to June 5, 2023.

IT IS SO ORDERED.

DATED this 7th day of March, 2023.

_____
HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

CONNELLY LAW OFFICES, PLLC

By  /s Micah R. LeBank
    Micah R. LeBank, WSBA No. 38047
    Jackson R. Pahlke, WSBA No. 52812
    *Attorneys for Plaintiff*
    2301 North 30th Street
    Tacoma, WA 98403
    (253) 593 5100 Fax (253) 593 5100

DES MOINES ELDER LAW


By /s  *Ermin Ciric*
    Ermin Ciric, WSBA No. 52611
    612 South 227th Street
    Des Moines, WA 98198
    Phone: (206) 212-0220
    E-mail: ermin@rm-law.com